THE STATE EX REL. SOWERS, APPELLANT, *v.* INDUSTRIAL COMMISSION OF OHIO, APPELLEE.

[Cite as *State ex rel. Sowers v. Indus. Comm.*
(1998), 84 Ohio St.3d 141.]

(No. 96–2159—Submitted October 28, 1998—Decided December 9, 1998.)

142

*Dean G. Reinhard Co., L.P.A.,* and *Charles Zamora,* for appellant.

*Betty D. Montgomery,* Attorney General, and *Gerald H. Waterman,* Assistant Attorney General, for appellee.

*Stewart Jaffy & Associates, Stewart R. Jaffy* and *Marc J. Jaffy,* urging reversal for *amici curiae,* Ohio Association of Professional Fire Fighters and Ohio Academy of Trial Lawyers.

---

**Per Curiam.** On authority of *State ex rel. Justus v. Indus. Comm.* (1998), 83 Ohio St.3d 364, 700 N.E.2d 1, the judgment of the court of appeals is affirmed.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.